# Court of Appeals
# of the State of Georgia

ATLANTA,  May 29, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0473. DONALD LEON ADAMS, JR. v. THE STATE.**

It appears from the application materials submitted in this case that a jury found Donald Leon Adams, Jr., guilty of driving under the influence and reckless driving. Adams filed a motion for new trial and/or judgment notwithstanding the verdict, which the trial court denied. Adams then filed this application for discretionary appeal from the trial court's order denying his motion. However, an order denying a motion for new trial is directly appealable. *Martin v. Williams*, 263 Ga. 707, 708 (1) (438 SE2d 353) (1994). We therefore GRANT Adams's application for discretionary review under OCGA § 5-6-35 (j). Adams shall have 10 days from the date of this order to file his notice of appeal with the state court. If, however, he has already filed a notice of appeal, he need not file a second notice. The clerk of the state court is DIRECTED to include a copy of this order in the record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/29/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*